```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:09-CV-00356-ECR-VPC |
| | ) | |
|     Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: October 25, 2010 |
| | ) | |
| PATRICIA BONNIFIELD, | ) | |
| | ) | |
|     Defendant. | ) | |

PRESENT:   EDWARD C. REED, JR.                           U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN     Reporter:   NONE APPEARING

Counsel for Plaintiff(s)                 NONE APPEARING

Counsel for Defendant(s)                 NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    Defendant has filed a motion entitled "Petition to Settle the Dispute with Facts and Law and Order for the Federal or State Comptroller to Settle the Alleged Debt" (#60). Defendant argues, *inter alia*, that the Eleventh Amendment removed the judicial power of federal courts to proceed in any case or controversy. Defendant's motion is without merit and shall be **DENIED**.

    LANCE S. WILSON, CLERK

    By    /s/
        Deputy Clerk